JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DELSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHSP TRS LOS ANGELES LLC and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: CV 18-2140-DMG (AGRx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT [29]** |

Pursuant to the parties' Stipulation, and for good cause shown, the Court shall retain jurisdiction of this action to enforce the provisions of the parties' Settlement Agreement (Exhibit A to the Stipulation) for a period of 14 months after the date of entry of Exhibit A or until the actions required by Exhibit A are completed, whichever occurs later.

IT IS SO ORDERED.

DATED: November 6, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-